BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction. Reported below: 795 F. 2d 841 (first case); 807 F. 2d 178 (second case).

No. 86–1302. THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. *v.* PRUETT. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 86–1409. INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* A. T. MASSEY COAL CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition. 

No. 86–6303. PIERRE, AKA SELBY *v.* SHULSEN, WARDEN, ET AL. C. A. 10th Cir.;
No. 86–6472. SPRANGER *v.* INDIANA. Sup. Ct. Ind.;
No. 86–6604. MARTIN *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.; and
No. 86–6653. COCHRAN *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. Reported below: No. 86–6303, 802 F. 2d 1282; No. 86–6472, 498 N. E. 2d 931; No. 86–6604, 497 So. 2d 872; No. 86–6653, 500 So. 2d 1064.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–1094. HOPFMANN ET AL. *v.* CONNOLLY ET AL., 479 U. S. 1023;
No. 85–1217. CITY OF SPRINGFIELD, MASSACHUSETTS *v.* KIBBE, ADMINISTRATRIX OF THE ESTATE OF THURSTON, 480 U. S. 257;
No. 85–1485. WALKER *v.* OHIO, 480 U. S. 916; and
No. 86–5307. WILLIAMS *v.* OHIO, 480 U. S. 923. Petitions for rehearing denied.